Before the Second Division, December 4, 1939

No. 42741—Protest 868056–G of S. H. Kress & Co. (Seattle).

Opinion by Tilson, J. The evidence established that the merchandise con-sists of Christmas stocking containers in chief value of cotton, not composed in any part of braid. The claim at 40 percent under paragraph 923 was therefore sustained.

No. 42742.—Protests 105924–G, etc., of La Salle & Koch Co. et al. (Cleveland, etc.).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42743.—Protests 757921–G, etc., of Lamborn & Co., Inc. (Norfolk).

Opinion by Kincheloe, J. The protests were dismissed for want of jurisdiction on the authority of Lamborn v. United States (27 C. C. P. A. 46, C. A. D. 60).

No. 42744.—Protest 914494–G of C & C Sales Corp. (New York).

Opinion by Dallinger, J. It appeared that the merchandise was exported to Canada within the period provided for by law. The protest was therefore sustained.

No. 42745.—Protest 965100–G of Agfa Ansco Corp. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise is the same as that the subject of American Express Co. v. United States (2 Cust. Ct. 159, C. D. 114). The claim at 20 percent under paragraph 1551 was therefore sustained.

No. 42746.—Protests 961176–G, etc., of Geo. S. Bush & Co. Inc. (Seattle).

Opinion by Dallinger, J. On the record presented the cloisonné ware in question was held dutiable at 40 percent under paragraph 339 as claimed.